**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MARK CRAWFORD,

    Defendant - Appellant.

No. 17-7054
(D.C. No. 6:16-CV-00294-RAW)
(E.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **PHILLIPS**, **EBEL**, and **MORITZ**, Circuit Judges.
_____

On June 25, 2018, the parties in this matter filed simultaneous briefs addressing the issue of mootness pursuant to this Court's order of June 11, 2018. Both parties agree that the Defendant's release from custody on June 25, 2018 effectively moots these proceedings. We agree.

Accordingly, because we cannot grant relief from imprisonment to a Defendant whose period of custody has already ended, this appeal is now dismissed as moot. See, e.g., Rhodes v. Johnson, 529 U.S. 53, 59 (2000). The parties are relieved from our Order of June 11, 2018 requesting supplemental briefing as to the

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

effect of <u>Sessions v. Dimaya</u>, 138 S. Ct. 1204 (2018) on this Court's existing precedents.

The Clerk is directed to issue the mandate forthwith.

Entered for the Court

David M. Ebel
Circuit Judge